# CASOS RESUELTOS FUNDANDOSE EN OPINIONES NO PUBLICADAS EN EXTENSO

## Lebrón et al., apelantes, v. Farraró, apelado.

### Corte de Distrito de Guayama.

No. 3773.—*Visto:* Enero 27, 1926. *Resuelto:* Mayo 18, 1926.

Trátase en este caso de una acción en cobro de dinero originada de un contrato de compraventa de finca rústica otorgada por escritura pública por precio de $250, siendo la contención que si bien se hizo constar dicho precio en la escritura, el verdadero precio fué de $1,000 según documento privado suscrito por las partes un día antes del otorgamiento de la escritura.

La corte inferior sostuvo la imputación de falsedad hecha al documento privado y, haciendo aplicación del caso de *Hernández* v. *Fernández,* 17 D.P.R. 112–117, declaró sin lugar la demanda, con costas.

Después de un examen de los autos y del documento tachado de falso, el Tribunal Supremo resolvió que no hay base para concluir que fué errónea la apreciación de la prueba ni la imposición de costas, como pretendía la apelante.

*Confirmada la sentencia apelada.*

El Juez Presidente Señor del Toro, emitió la opinión del tribunal.